## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### East St. Louis Division

| | |
|---|---|
| CARMEN LEE HURSEY,<br>    *Plaintiff*,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>    *Defendant*. | )<br>)<br>)<br>) **Cause No. 3:17-cv-00096-MJR-RJD**<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

Plaintiff, Carmen Lee Hursey, by counsel, hereby notifies the Court that the Plaintiff and the Defendant, Experian Information Solutions, Inc., have reached a settlement in this matter. Plaintiff and Defendant are attempting to finalize the language of a written Settlement Agreement, and anticipate filing the appropriate dismissal documents with the Court within sixty (60) days.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July 2017 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| |
|---|
| James D. Maschhoff<br>Herzog Crebs LLP<br>jdm@herzogcrebs.com<br><br>Jason Zhou<br>Jones Day<br>jzhou@jonesday.com<br>***Attorneys for Defendant Experian Information Solutions, Inc.*** |
| |

                                                          /s/ *Travis W. Cohron*
                                                        Travis W. Cohron, No. 29562-20

**BARKER HANCOCK & COHRON**
198 South Ninth Street
Noblesville, IN 46060
Telephone: (317) 219-4746
tcohron@bhclegal.com