**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**East St. Louis Division**

| | |
|---|---|
| CARMEN LEE HURSEY, ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **Cause No. 3:17-cv-00096-MJR-RJD** |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| *Defendant*. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carmen Lee Hursey, by and through undersigned counsel, and Defendant Experian Information Solutions, Inc., by and through undersigned counsel, hereby stipulate this cause of action should and shall be dismissed, with prejudice, the parties to bear their own costs.

Date: September 7, 2017

| | |
|---|---|
| */s/ Travis W. Cohron* | */s/ James D. Maschhoff (with consent)* |
| Travis W. Cohron, No. 29562-30 | James D. Maschhoff |
| **BARKER HANCOCK & COHRON** | **HERZOG CREBS LLP** |
| 198 South Ninth Street | 100 North Broadway, Suite 1400 |
| Noblesville, IN 46032 | St. Louis, MO 63102 |
| Telephone: (317) 203-3000 | Telephone: (314) 231-6700 |
| tcohron@bhclegal.com | jdm@herzogcrebs.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |