## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CARMEN LEE HURSEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 17-cv-0096-MJR-RJD** |
| | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated July 10 2017, reflecting the parties' settlement and the Joint Stipulation dated September 7, 2017, this case was dismissed with prejudice. Each party shall bear her/its own costs, unless otherwise provided in the settlement documents.

Dated: September 8, 2017

JUSTINE FLANAGAN, Acting Clerk of Court
s/ Reid Hermann
Deputy Clerk

Approved: s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge